**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION**

Whitney Lee,

    Plaintiff,

            v.                        Case No. 1:18cv726

Cynthia Hill, *et al.*,                        Judge Michael R. Barrett

    Defendants.

## ORDER

This matter is before the Court on the Report and Recommendation ("R&R") filed by the Magistrate Judge on November 13, 2018 (Doc. 8).

Proper notice has been given to the parties under 28 U.S.C. § 636(b)(1)(C), including notice that the parties would waive further appeal if they failed to file objections to the Report and Recommendation in a timely manner. *United States v. Walters,* 638 F.2d 947 (6th Cir. 1981). No objections to the Magistrate Judge's R&R (Doc. 8) have been filed.

Accordingly, it is **ORDERED** that the R&R (Doc. 8) of the Magistrate Judge is hereby **ADOPTED**. Consistent with the recommendation by the Magistrate Judge, and except for plaintiff's Eighth Amendment claims against defendants Smith and Eulenburg, the remaining matters of the Complaint (Doc. 7) are **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B) and 1915A(b)(1)**.**

    **IT IS SO ORDERED.**

                                              *s/Michael R. Barrett*
                                              Michael R. Barrett, Judge
                                              United States District Court